**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: D.P., A MINOR    :   No. 220 WAL 2020

: 

: 

PETITION OF: D.P., A MINOR    :   Petition for Allowance of Appeal

:   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 31st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.